# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELINA SPACHMAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 16-4735 |
| SOCIAL SECURITY ADMINISTRATION, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this __19th__ day of March, 2018, upon careful consideration of Brief of Appellant Angelina Spachman (Doc. 13), Defendant's Response to Request for Review of Plaintiff (Doc. 14), and the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (Doc. 16), **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **DENIED**; and

3. Judgment is entered affirming the decision of the Commissioner of Social Security.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark the above-captioned matter as **CLOSED** for statistical purposes.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**